STATE OF NEW JERSEY v. WAYNE ROTHMILLER.

September 5, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. CARLTON L. WHITE.

September 5, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT NAILON.

September 5, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE LEE LAWSON.

September 5, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM NEMETH.

September 5, 1986.

Petition for certification denied.